IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**ANGEL COOPER VAUSE** | CR. NO.: 2:24cr234<br>18 U.S.C. § 1001<br><br><br>**SEALED INDICTMENT** |

**THE GRAND JURY CHARGES THAT:**

### COUNT 1
### (FALSE STATEMENT)

On or about May 11, 2022, in the District of South Carolina, the defendant, **ANGEL COOPER VAUSE**, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Executive Branch of the Government of the United States; to wit: she falsely represented events from on or about April 25, 2009, to a Special Agent from the Federal Bureau of Investigation, indicating she had traveled to the dwelling of C.V. to get keys from a truck ring while B.D. was being assaulted and killed by R.M., when in fact she was traveling in a different direction and not for that purpose,

In violation of Title 18, United States Code, Section 1001.

**RECEIVED**

MAR 26 2024

FLORENCE, S.C.

**THE GRAND JURY FURTHER CHARGES THAT:**

## COUNT 2
## (FALSE STATEMENT)

On or about May 11, 2022, in the District of South Carolina, the defendant, **ANGEL COOPER VAUSE**, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Executive Branch of the Government of the United States; to wit: she falsely represented events from on or about April 25, 2009, to a Special Agent from the Federal Bureau of Investigation, indicating B.D. had maintained possession of B.D.'s cell phone, when in fact **ANGEL COOPER VAUSE** took possession of B.D.'s cell phone and traveled away from her, disposing of it between Georgetown and Charleston,

In violation of Title 18, United States Code, Section 1001.

THE GRAND JURY FURTHER CHARGES THAT:

## COUNT 3
## (FALSE STATEMENT)

On or about May 11, 2022, in the District of South Carolina, the defendant, **ANGEL COOPER VAUSE**, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Executive Branch of the Government of the United States; to wit: she falsely represented events from on or about April 25, 2009, to a Special Agent from the Federal Bureau of Investigation, indicating B.D. had voluntarily joined **ANGEL COOPER VAUSE** and R.M. to consume marijuana and cocaine, when, in fact, B.D. was abducted under false pretenses,

In violation of Title 18, United States Code, Section 1001.

A True BILL

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Winston D. Holliday, Jr. (Fed. ID #7597)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3079
Fax (803) 254-2912
Email: Winston.Holliday@usdoj.gov