RECORD OF GRAND JURY BALLOT

C/R 2:24cr234

UNITED STATES OF AMERICA v. ANGEL COOPER VAUSE

(SEALED UNTIL FURTHER ORDER OF THE COURT)

RECEIVED
MAR 26 2024
FLORENCE, S.C.