IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: |
| | ) |
| vs. | ) |
| | ) **ORDER FOR BENCH WARRANT** |
| ANGEL COOPER VAUSE | ) |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, as requested by the United States Attorney. Amount and conditions of bond to be set by the Judicial Officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Florence, South Carolina

DATED: March 26, 2024.

I SO MOVE:

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Winston Holliday
Assistant U.S. Attorney

**RECEIVED**

MAR 26 2024

FLORENCE, S.C.