UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2:24-cr-234 |
| | ) | |
| -vs- | ) | <u>EDWARDS</u> NOTICE |
| | ) | |
| ANGEL COOPER VAUSE | ) | |

    The Defendant hereby asserts his Fifth Amendment right to remain silent and asserts his Sixth Amendment right to counsel. The Defendant does not wish to be questioned in the absence of counsel pursuant to *McNeil v. Wisconsin,* 111 S.Ct. 220 (1991) and *Edwards v. Arizona,* 451 U.S. 477 (1981).

                                      Respectfully submitted,

                                      <u>*/s/ Charles W. Cochran*</u>
                                      Charles W. Cochran, Esquire
                                      Assistant Federal Public Defender
                                      145 King Street, Suite 325
                                      Charleston, SC 29401
                                      Attorney ID #12613

April 5, 2024