IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO.: 2:24-cr-00234 |
| v. | |
| ANGEL COOPER VAUSE | **REQUEST FOR PROTECTION** |

The United States of America, through its undersigned Assistant United States Attorney, Winston D. Holliday, Jr., hereby requests protection from court appearances for the dates of June 28, 2024, through July 6, 2024.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *s/Winston D. Holliday, Jr.*
Winston D. Holliday, Jr. (#07597)
Assistant U. S. Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
winston.holliday@usdoj.gov

May 28, 2024