IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO.: 2:24-CR-00234 |
| v. | |
| ANGEL COOPER VAUSE | **REQUEST FOR PROTECTION** |

    The United States of America, through its undersigned Assistant United States Attorney, Winston D. Holliday, Jr., hereby requests protection from court appearances for the dates of September 4, 2024, through September 6, 2024, and October 11, 2024.

        Respectfully submitted,

        ADAIR F. BOROUGHS
        UNITED STATES ATTORNEY

By: *s/Winston D. Holliday, Jr.*
     Winston D. Holliday, Jr. (#07597)
     Assistant U. S. Attorney
     1441 Main Street, Suite 500
     Columbia, SC 29201
     winston.holliday@usdoj.gov

August 15, 2024