IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**CHARLESTON DIVISION**

**United States of America**

      **vs**

**Angel Cooper Vause**

                                  **CR NO. 2:24-234**

### CONSENT TO PROCEED WITH ENTRY OF A PLEA
### BEFORE A UNITED STATES MAGISTRATE JUDGE

I have made the decision to enter a plea of guilty in this case. I understand that I have the
right to have my plea proceeding conducted by a United States District Judge. However, I
voluntarily agree to waive that right and to enter my plea before a United State Magistrate Judge.
I have made this decision freely and without coercion from anyone. I have discussed this matter fully
with my attorney (prose defendants may disregard this last sentence).

_____
(Signed) Defendant

Charleston, South Carolina

September 9, 2024