IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**CHARLESTON DIVISION**

**United States of America**

vs

CR NO. <u>2:24-234</u>

**Angel Cooper Vause**

**PLEA**

The defendant, **Angel Cooper Vause**, having withdrawn her plea of Not Guilty entered **March 27, 2024**, pleads **GUILTY to Count(s)** ___1, 2 and 3___ of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina

September 9, 2024