IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| UNITED STATES OF AMERICA | CR. NO.: 2:24-cr-00234-RMG |
|---|---|
| v. | **REQUEST FOR PROTECTION** |
| Angel Cooper Vause | |

    The United States of America, through its undersigned Assistant United States Attorney, hereby requests protection from court appearances for the dates of December 2-12, 2024. Counsel is scheduled to be out of the country.

                        Respectfully submitted,

                        ADAIR F. BOROUGHS
                        UNITED STATES ATTORNEY

                        By: *s/ Winston D. Holliday, Jr.*
                            Winston D. Holliday, Jr. (#07597)
                            Assistant U. S. Attorney
                            1441 Main Street, Suite 500
                            Columbia, SC 29201
                            Tel.: (803) 929-3000
                            Fax: (803) 929-3135
                            Email: Winston.Holliday@usdoj.gov

November 7, 2024