# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America, ) | Criminal. No.: 2:24-cr-234 |
| ) | |
| vs. ) | |
| ) | |
| Angel Vause, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO EXTEND DEADLINE

Angel Vause respectfully requests an extension to respond to the presentence investigation report. On Monday, December 23, 2024, the government provided defense counsel with documents that must be reviewed with Ms. Vause prior to responding to the PSR. Defense counsel requests 10 additional days to review these documents and file a response.

                                                                                   Respectfully submitted,
                                                                                    *s/Charles W. Cochran*
                                                                                    Charles W. Cochran
                                                                                    Assistant Federal Public Defender
                                                                                   Charleston, South Carolina
                                                                                   (843) 727-4148

December 26, 2024