# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

USA

vs.

Angel Cooper Vause

Criminal No. 2:24-00234-RMG

A sentencing hearing having concluded on February 13, 2025, the Clerk of Court is hereby authorized to return all exhibits to the parties introducing them.

**IT IS FURTHER ORDERED** that the parties are to maintain the exhibits intact as returned until the time of filing an appeal has expired.

**IT IS SO ORDERED.**

_____
RICHARD M. GERGEL
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina
February 13, 2025