IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CASE NO.:  2:24-CR-234 |
| vs. ) | |
| ) | NOTICE OF APPEAL |
| ) | |
| ) | |
| ANGEL COOPER VAUSE ) | |
| ) | |
| Defendant. ) | |

Notice is hereby given that, ANGEL COOPER VAUSE, defendant named above, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final Judgment and Sentence entered in this action before The Honorable Richard M. Gergel, United States District Judge, on the 14th day of February 2025.

Respectfully submitted,

*s/Charles W. Cochran*
Charles W. Cochran, Esquire
Assistant Federal Public Defender
145 King Street, Suite 325
Charleston, SC 29402
843-727-4148

February 28, 2025