FILED: March 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4119
(2:24-cr-00234-RMG-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ANGEL COOPER VAUSE

      Defendant - Appellant

_____

O R D E R
_____

The court appoints the Federal Public Defender for the District of South Carolina to represent Angel Cooper Vause in this case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk